JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

ANN YVETTE SCHOLTZ,  )
                     )
      Plaintiff,     )    No. CV 07-1054 MJJ
                     )
      vs.            )
                     )    STIPULATION AND ~~PROPOSED~~
Michael J. Astrue,   )    ORDER FOR EXTENSION OF
COMMISSIONER OF the SOCIAL ) TIME TO FILE PLAINTIFF'S
SECURITY ADMINISTRATION, ) MOTION FOR SUMMARY
                     )    JUDGMENT AND/OR REMAND
      Defendant.     )    (no hearing)
_____)

IT IS HEREBY STIPULATED by and between the parties (at Plaintiff's request), through their undersigned attorneys, pursuant to L.R. 6-2(a), and subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from August 27, 2007 to September 26, 2007, in which to file her Motion for Summary Judgment and/or Remand. Plaintiff's undersigned attorney here declares that: this is Plaintiff's first request for an extension for this or any filing. There would be no effect on other already-set deadlines, and Defendant's Cross–Motion would be due 30 days after Plaintiff's Motion, as in the Procedural Order for Social Security Review Actions.

DATE: August 27, 2007                /s/_____
                                     James Hunt Miller
                                     Attorney for Plaintiff

*Stip Plf's extn – Scholz v. SSA CV 07-1054 MJJ*                    1

1  DATE: August 27, 2007                    Scott N. Schools
                                            United States Attorney
2

3                                           By: /s/[1]_____
                                            Peter Thompson
4                                           Special Assistant U.S. Attorney

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  DATE: _____8/31/2007_____          _____
                                        United States District Judge
9

---

[1] This signature is authorized by Defendant's Special Assistant U.S. Attorney, as communicated by e-mail to the filer.

*Stip Plf's extn – Scholz v. SSA CV 07-1054 MJJ*                    2