1  James Hunt Miller (SBCal # 135160)

2  P.O. Box 10891
   OAKLAND CA 94610
3  Telephone: (510) 451-2132
   Facsimile: (510) 451-0824
4  E-mail: jim_miller0@ yahoo.com

5  Attorney for Plaintiff

6  JOSEPH RUSSIONELLO, CSBN 44332
   United States Attorney
7  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
8  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
9  Special Assistant United States Attorney

10     Social Security Administration
       333 Market St., Suite 1500
11     San Francisco, California 94102
       Tel: (415) 977-8937
12     Fax: (415) 744-0134
       Email: elizabeth.firer@ssa.gov
13
   Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN YVETTE SCHOLTZ, ) | |
| ) | |
| Plaintiff, ) | CIV NO 07-1054 VRW |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER FOR |
| ) | COMPROMISE SETTLEMENT |
| Michael Astrue, COMMISSIONER ) | OF ATTORNEY FEES |
| of the SOCIAL SECURITY ) | AND COSTS PURSUANT TO |
| ADMINISTRATION, ) | EQUAL ACCESS TO JUSTICE ACT |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties, through their respective counsel, stipulate for a compromise settlement of Plaintiff's claim for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), as follows:

*Stip eaja - Scholtz v. Comm'r SSA C-07-01054 VRW*                                    1

1. Defendant shall pay to Plaintiff's counsel James Hunt Miller the total amount of THREE THOUSAND ONE HUNDRED TWENTY-ONE DOLLARS ($3121.00), representing payment of all Plaintiff's claims for attorneys' fees and costs in connection with this action pursuant to the EAJA, in accordance with 28 U.S.C. § 2412(d). Plaintiff has assigned to the fee to James Hunt Miller, and the payee will be James Hunt Miller as assignee of Plaintiff.

2. This stipulation constitutes a compromise settlement of Plaintiff's request for attorneys fees pursuant to the Equal Access to Justice Act ("EAJA"), and does not constitute an admission of liability or fault on the part of Defendant under the EAJA. Payment of the $3121.00 shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorneys' fees and costs in connection with this action. This compromise and award is without prejudice to the rights of Plaintiff's counsel to later seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to any applicable offset provisions.

The parties jointly submit this matter with the proposed order below.

Date: 12-31-08        James Hunt Miller

              */s/ James Hunt Miller*
              Attorney for Plaintiff

Date: 12-31-08        Joseph Russionello
              United States Attorney

              */s/ Elizabeth Firer*
              Elizabeth Firer
              Special Assistant United States Attorney
              Attorneys for Defendant

ORDER <s>(PROPOSED)</s>

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant will pay to Plaintiff's Counsel, James Hunt Miller, as assignee of Plaintiff, the total

1  amount of $3121.00, representing payment of all Plaintiff's claims for attorneys's
2  fees and costs in connection with this action pursuant to the Equal Access to
3  Justice Act, and in accordance with 24 U.S.C. § 2412(d).
4  DATED: January 6, 2009
6  U.S. District Judge Vaughan R. Walker



28  *Stip eaja - Scholtz v. Comm'r SSA C-07-01054 VRW*    3